UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RAZIEL ARMANDO CALVETTE CHIRINOS,

      Plaintiff,

v.                                              Case No. 2:25-cv-1863

KRISTI NOEM, et al.

      Defendants.

## ALL PARTIES' STIPULATED JOINT MOTION
## TO EXTEND TEMPORARY RESTRAINING ORDER

      The Parties through their respective Counsel, jointly move the Court for an order extending the Temporary Restraining Order (TRO) issued at ECF No. 22 upon the terms and for the reasons stipulated to below. In support of this joint motion, the Parties stipulate as follows:

      1.      On February 20, 2026, this Court issued a TRO ordering Defendants to take action to prevent adjudication on the merits of Plaintiff's removal proceedings while his FOIA claims are pending in this Court. [ECF No 22].

      2.      A TRO may only last up to fourteen days unless before that time expires, it is extended for another fourteen days for good cause or the adverse party consents to a longer extension. *See* ECF No. 22 at *3, *citing* Fed. R. Civ. P. 65(b)(2).

      3.      The Court has notified the Parties that it will conduct a Rule 16 scheduling conference on April 10, 2026. The Court has instructed the Parties to prepare and submit a Rule 26(f) report by April 7, 2026. [ECF No. 24].

      4.      The Parties agree that in-camera review of the 27 withheld pages and 14

partially redacted pages identified in Defendants' response to Plaintiff's FOIA request is an appropriate means for the Court to resolve Plaintiff's withholding and segregation claims.

5.  The Parties stipulate and agree that they will include a proposal for an in camera review hearing and a briefing schedule in their 26(f) report. The parties further stipulate and agree that in the course of the Rule 16 scheduling conference they will jointly request that the Court schedule an in camera review of the documents identified in ¶ 4, above.

6.  On the basis of their agreement to jointly pursue in camera review process, the parties stipulate and agree that the Court may extend the TRO until the April 10, 2026 scheduling conference.

7.  In the event that the Court grants the Parties' request for in camera review, the Parties further stipulate and agree that the Court may further extend the TRO until such time as the Court completes its in camera review and issues its decision to the Parties.

FOR THESE REASONS, the Parties jointly request that the Court issue an order extending the Temporary Restraining Order at ECF No. 22 until the April 10 scheduling conference. The parties further request that, in the event that the Court grants the Parties joint request for in camera review of the documents identified in ¶ 4, the Court further extend the TRO until such time as the Court completes its in camera review and issues its decision to the parties.

Dated this 6th day of March, 2026

Respectfully submitted,

/s/ Elisabeth Lambert
Elisabeth Lambert
WISCONSIN EDUCATION LAW &
POLICY HUB, LLC.
845 N 11th St
Milwaukee, WI 53233
(414) 207-4238
elisabeth@wisconsinELPH.org

*Counsel for Plaintiff*


/s/ Stuart Gilgannon
STUART GILGANNON
Special Assistant U.S. Attorney
Eastern District of Wisconsin
Wisconsin State Bar Number 1066362
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1745
Stuart.Gilgannon@usdoj.gov

*Counsel for Defendants*